**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Julette Mitto and David Gervais, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**-against-**

**Mount Sinai Health System, Inc.,**

**Defendant.**

**1:25-cv-07461 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on October 9, 2026 , the Court granted the motion by Plaintiff's counsel, Joseph & Norinsberg, LLC, to withdraw as counsel for Opt-In Plaintiff Deborah Taylor (10/9/26 Order, ECF No. 57); and

WHEREAS, the Order required Opt-In Plaintiff Taylor to advise the Court in writing, no later than October 23, 2026, whether she intended to proceed in this action without counsel, to retain new counsel or to withdraw her consent to join this action, and stated that, if she failed to do so, her claims may be dismissed without prejudice (*see id.* at 1-2); and

WHEREAS, on October 9, 2026, withdrawing counsel served a copy of the Court's Order on Opt-In Plaintiff Taylor (*see* Aff. Service, ECF No. 58); and

WHEREAS, Opt-In Plaintiff Taylor has not responded to the Court's Order.

NOW, THEREFORE, it is hereby ORDERED that Opt-In Plaintiff Taylor's claims are dismissed without prejudice. *See Ruixuan Cui v. E. Palace One, Inc.*, No. 17-CV-06713 (PGG) (DF), 2020 WL 8512869, at *1 (S.D.N.Y. July 21, 2020), *report and recommendation adopted*, 2021 WL 21901

(S.D.N.Y. Jan. 4, 2021) (dismissing claims of opt-in plaintiff without prejudice following withdrawal of counsel and opt-in plaintiff's failure to respond to order to show cause).

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

[signature]
STEWART D. AARON
United States Magistrate Judge